MARIA MILLER, Respondent, v. THE FORT LEE PARK AND STEAMBOAT COMPANY, Appellant.

*Miller* v. *Fort Lee P. & S. Co.*, 73 Hun, 150, affirmed.
(Argued May 1, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 17, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Herman Aaron* and *Taylor & Parker* for appellant.

*Alfred Steckler* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

GILBERT M. HUSTED, Appellant, v. EDWARD VAN NESS and DAVID THOMSON, as Trustees of the Estate of BENJAMIN LORD, Respondents.

(Argued May 25, 1896; decided June 2, 1896.)

MOTION to dismiss appeal.

*Louis A. Noble* for motion.

*A. Edward Woodruff* opposed.

Motion granted, provided that within twenty days after notice of this decision the respondent Van Ness pays the costs allowed by orders of April 2 and April 24, 1896, and ten dollars costs of opposing this motion. Unless such payment is made within said period, the motion is denied, with ten dollars costs.